1148

No. 81–852. WILLY'S GROCERY v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 81–853. LINCOLN BANK v. GOGGIN, TRUSTEE IN BANKRUPTCY. C. A. 9th Cir. Certiorari denied.

No. 81–858. WATSON v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 81–885. FEDERAL REPUBLIC OF NIGERIA ET AL. v. TEXAS TRADING & MILLING CORP. ET AL. C. A. 2d Cir. Certiorari denied.

No. 81–888. McCOY RESTAURANTS, INC. v. GREATER ORLANDO AVIATION AUTHORITY ET AL. C. A. 11th Cir. Certiorari denied.

No. 81–891. INDUSTRIAL PERSONNEL CORP. v. NATIONAL LABOR RELATIONS BOARD. C. A. 8th Cir. Certiorari denied.

No. 81–893. BRENT ET AL. v. NATURAL GAS PIPELINE COMPANY OF AMERICA. C. A. 5th Cir. Certiorari denied.

No. 81–894. COUNTY OF LASALLE EX REL. PETERLIN, STATE'S ATTORNEY OF LASALLE COUNTY, ET AL. v. MAUZY, DIRECTOR, ILLINOIS ENVIRONMENTAL PROTECTION AGENCY, ET AL. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 81–898. THEVIS v. URBAN INDUSTRIES, INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 81–906. SHUNNARAH v. KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 81–909. STEUBNER ET AL. v. MARTIN. C. A. 6th Cir. Certiorari denied.